**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 20-23015-Civ-WILLIAMS/TORRES

DOUGLAS MARTINS DE SOUZA,

      Plaintiff,

v.

UNITED STATES
ATTORNEY GENERAL *et al.*,

      Defendants.

_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on a *sua sponte* review of the record and Douglas Martins De Souza's ("Plaintiff") complaint against the United States Attorney General, the Department of Homeland Security, and the Secretary of Homeland Security. [D.E. 1]. On July 21, 2020, Plaintiff filed a motion to proceed *in forma pauperis* [D.E. 3] and the Court granted that motion on August 7, 2020 [D.E. 6], directing Plaintiff to file the appropriate summonses on the docket. On October 7, 2020, the Court issued an order to show cause because Plaintiff had failed to file any summonses or take any other action to litigate his claims. The Court therefore ordered Plaintiff to show cause on or before October 21, 2020 on why this case should not be dismissed for a failure to litigate. [D.E. 7].

Having now reviewed the record again, the time for Plaintiff to show cause has passed and Plaintiff has still failed to explain why this case should not be

dismissed for a failure to litigate. Indeed, Plaintiff has taken no action in this case since July 21, 2020 when he filed his motion for *in forma pauperis*. [D.E. 3]. And since that time, more than three months have now passed with no action taken to litigate this case. Because Plaintiff has failed to show cause or take any other action to prosecute his claims, Plaintiff's complaint should be **DISMISSED** and this action should be **CLOSED**.

Pursuant to Local Magistrate Rule 4(b) and Fed. R. Civ. P. 73, the parties have fourteen (14) days from service of this Report and Recommendation within which to file written objections, if any, with the District Judge. Failure to timely file objections shall bar the parties from *de novo* determination by the District Judge of any factual or legal issue covered in the Report *and* shall bar the parties from challenging on appeal the District Judge's Order based on any unobjected-to factual or legal conclusions included in the Report. 28 U.S.C. § 636(b)(1); 11th Cir. Rule 3-1; *see, e.g., Patton v. Rowell,* 2017 WL 443634 (11th Cir. Feb. 2, 2017); *Cooley v. Commissioner of Social Security,* 2016 WL 7321208 (11th Cir. Dec. 16, 2016).

**DONE AND SUBMITTED** in Chambers at Miami, Florida, this 27th day of October, 2020.

/s/ *Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge