UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-23015-CIV-WILLIAMS

DOUGLAS MARTINS DE SOUZA,

    Plaintiff,

vs.

UNITED STATES ATTORNEY GENERAL, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' report and recommendation (the "Report"). (DE 8). Judge Torres recommends that Plaintiff's complaint be dismissed for his failure to show cause or take any other action to prosecute this case. No objections to the Report were filed and the time to do so has passed.

Accordingly, upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 8) are **AFFIRMED AND ADOPTED.**

2. Plaintiff's complaint (DE 1) is **DISMISSED WITHOUT PREJUDICE**.

3. All pending motions are **DENIED AS MOOT**.

4. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 25th day of November, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE